UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKERS INSURANCE COMPANY, a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>A-1 AIR CONDITIONING & HEATING, a partnership; DANIEL WADE FISHER, an individual; EDWARD MICHAEL WEBB, an individual; HOMESTEAD INSTALLATION SERVICES, INC., a dissolved California corporation; SAFECO INSURANCE COMPANY OF AMERICA, a California corporation; CUSTOM FIRESIDE SHOPS, INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.   2:16-CV-00177-JAM-CKD<br><br><br>**ORDER ON STIPULATION**<br><br><br>Complaint filed:<br>Trial Judge: |

## <u>ORDER</u>

The Court has reviewed the Stipulation between Plaintiff BANKERS INSURANCE COMPANY and Defendant CUSTOM FIRESIDE SHOPS, INC. and good cause appearing,

///

///

1
ORDER ON STIPULATION

2:16-CV-00177-JAM-CKD

1    **IT IS HEREBY ORDERED** that Defendant CUSTOM FIRESIDE SHOPS,
2  INC. will not be required to file any responsive pleading in this action.
3
4  DATED: 3/23/2016
5                                /s/ John A. Mendez_____
6                                United States District Court Judge