1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10 BANKERS INSURANCE
COMPANY, a Florida corporation,

11
                        Plaintiff,

12
v.

13
A-1 AIR CONDITIONING &

14 HEATING, a partnership; DANIEL
WADE FISHER, an individual;

15 EDWARD MICHAEL WEBB, an
individual; HOMESTEAD

16 INSTALLATION SERVICES,
INC., a dissolved California

17 corporation; SAFECO
INSURANCE COMPANY OF

18 AMERICA, a California
corporation; CUSTOM FIRESIDE

19 SHOPS, INC., a California
corporation; and DOES 1 through

20 25, inclusive,

21
                        Defendants.

22

Case No.   2:16-CV-00177-JAM-CKD

**ORDER SETTING ASIDE
DEFAULT AS TO DEFENDANTS
EDWARD MICHAEL WEBB AND
A-1 AIR CONDITIONING &
HEATING**

23      Upon consideration of the parties' Joint Motion to Set Aside default and

24      **GOOD CAUSE APPEARING**

25      The Court hereby sets aside the default entered against Defendants Edward

26 Michael Webb and A-1 Air Conditioning & Heating entered by the Clerk on May 25,

27 2016.  Defendants Edward Michael Webb and A-1 Air Conditioning & Heating have

28

1

ORDER SETTING ASIDE DEFAULT

2:16-CV-00177-JAM-CKD

1    20 days from service of this order in which to appear, plead or answer Plaintiff

2    Bankers Insurance Company's complaint.

3        **IT IS SO ORDERED.**

4    Dated:  6/28/2016

5                     /s/ John A. Mendez_____

6                     Judge of the United States District Court

ORDER SETTING ASIDE DEFAULT

2:16-CV-00177-JAM-CKD