Glen R. Olson, Bar No. 111914
golson@longlevit.com
John B. Sullivan, Bar No. 238306
jsullivan@longlevit.com
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392

Attorneys for Cross-Defendants
Scott Alberts Insurance Agency, Inc. and Linda Shook

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKERS INSURANCE COMPANY a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>A-1 AIR CONDITIONING & HEATING, a partnership; DANIEL WADE FISHER, an individual; EDWARD MICHAEL WEBB, an individual; HOMESTEAD INSTALLATION SERVICES, INC., a dissolved California corporation; SAFECO INSURANCE COMPANY OF AMERICA, a California corporation; CUSTOM FIRESIDE SHOPS, INC., a California corporation and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No. 2:16-CV 00177-JAM-CKD<br><br>**STIPULATION AND ORDER AS TO DISMISSAL OF FOURTH AND FIFTH CAUSES OF ACTION OF CROSS-COMPLAINT FILED BY DANIEL WADE FISHER, EDWARD MICHAEL WEBB, HOMESTEAD INSTALLATION SERVICES, INC. AND A-1 AIR CONDITIONING & HEATING**<br><br>**Judge:** Hon. John A. Mendez<br>**Courtroom:** 6 |
| DANIEL WADE FISHER, an individual; EDWARD MICHAEL WEBB, an individual; HOMESTEAD INSTALLATION SERVICES, INC., a dissolved California corporation, A-1 AIR CONDITIONING & HEATING<br><br>Cross-Complainants,<br><br>v.<br><br>SCOTT ALBERTS INSURANCE AGENCY a California Corporation; LINDA SHOOK, an individual; and DOES 1 through 25.<br><br>Cross-Defendants. | |

Case No. 2:16-CV 00177-JAM-CKD

STIPULATION AND PROPOSED ORDER RE: RESPONSE TO CROSS-COMPLAINT

## STIPULATION

WHEREAS, the Answer, Motion to Dismiss or other response to the Cross-Complaint filed by Cross-Complainants A-1 Air Conditioning & Heating, Edward Michael Webb, Daniel Wade Fisher and Homestead Installations of Cross-Defendants Scott Alberts Insurance Agency and Linda Shook is due August 31, 2016;

WHEREAS, Cross-Defendants met and conferred with Cross-Complainants through their respective counsel as to a potential motion to dismiss to be filed by Cross-Defendants with respect to the fourth and fifth causes of action of the crossclaim, for equitable indemnity and declaratory relief, respectively;

WHEREAS, the Parties have agreed that Cross-Complainants will dismiss the fourth and fifth causes of action of the Cross-Complaint rather than having them challenged by Cross-Defendants on a motion to dismiss; and

WHEREAS, Cross-Defendants have agreed to answer the first through third causes of action of the crossclaim subject to the dismissal of the fourth and fifth causes of action of said crossclaim,

## ORDER

IT IS HEREBY stipulated by and through Cross-Complainants and Cross-Defendants through their respective counsel that the fourth and fifth causes of action of the crossclaim are dismissed and that Cross-Defendants shall answer the first through third causes of action of said crossclaim.

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

Case No. 2:16-CV 00177-JAM-CKD   - 1 -   STIPULATION AND PROPOSED ORDER RE: RESPONSE TO CROSS-COMPLAINT

Dated: August 31, 2016   By: /s/
RODERICK MACKENZIE
Counsel for Cross-Complainants
A-1 Air Conditioning & Heating, Edward Michael Webb, Daniel Wade Fisher and Homestead Installations

Dated  August 30, 2016   By: /s/
GLEN R. OLSON
Counsel for Cross-Defendants
Scott Alberts Insurance Agency and
Linda Shook

### ORDER

GOOD CAUSE APPEARING from the stipulation of the Parties hereto,

IT IS HEREBY ORDERED that the fourth and fifth causes of action of the crossclaim filed by Cross-Complainants A-1 Air Conditioning & Heating, Edward Michael Webb, Daniel Wade Fisher and Homestead Installations are hereby dismissed.

Dated: 9/12/2016    /s/ John A. Mendez
HONORABLE JOHN MENDEZ
JUDGE, UNITED STATES DISTRICT COURT

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

Case No. 2:16-CV 00177-JAM-CKD   - 2 -   STIPULATION AND PROPOSED ORDER RE: RESPONSE TO CROSS-COMPLAINT